**The order below is hereby signed.**

**Dated: March 25, 2013.**



S. Martin Teel, Jr.
U. S. Bankruptcy Judge

```
              UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF COLUMBIA

   In re                        )
                                )
   ANDREW JOHN PASSELL,          )   Case No. 12-00632
                                )   (Chapter 7)
              Debtor.            )
   _____ )
                                )
   ANDREW JOHN PASSELL,          )
                                )
              Plaintiff,         )
                                )
          v.                     )
                                )   Adversary Proceeding No.
   CHASE BANK,                   )   12-10047
                                )   Not for publication in
              Defendant.         )   West's Bankruptcy Reporter
```

MEMORANDUM DECISION AND ORDER RE
<u>MOTION FOR DEFAULT JUDGMENT AGAINST CHASE BANK USA, NA</u>

The certificate of service of the summons indicates it was mailed to:

    JP Morgan Chase
    Attn: James Dimon, President & CEO
    270 Park Ave. Floor 12
    New York, NY 10017-2014

Mr. Dimon may be the president of Chase Bank, but mailing the summons and complaint to JP Morgan Chase may or may not have been adequate for him to receive the summons and complaint on behalf

of Chase Bank.  In addition, the summons was issued to Chase Bank USA, NA, not Chase Bank.  This is because the clerk uses the defendant's name that is electronically entered on the docket to issue the summons and the plaintiff's attorney entered the name of the defendant as "Chase Bank USA, NA" into the court's electronic filing system.  However, the complaint makes reference only to Chase Bank.  It is unclear whether the defendant is Chase Bank (which would require the issuance of a new summons) or Chase Bank USA, NA (which would require an amended complaint and issuance of a new summons).

It is thus

ORDERED that the motion for default judgment is denied without prejudice to renewal.  It is further

ORDERED that, within 14 days after entry of this order, the plaintiff shall show cause why he ought not be required to request the clerk to re-issue the summons to Chase Bank, if Chase Bank is the proper defendant, or if Chase Bank USA, NA is the proper defendant, why he ought not be required to amend the complaint to name Chase Bank USA, NA as the proper defendant and to seek issuance of a new summons.

[Signed and dated above.]

Copies to: Recipients of e-notification of orders;

Chase Bank
Corporation Trust Company
1209 Orange Street,
Wilmington, Delaware 19801